**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TALIA PLAYNE,

                Plaintiff,

v.                                                 Case No.  3:15-cv-91-J-34JBT

CITIBANK, N.A.,

                Defendant.

_____

**O R D E R**

    **THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal With Prejudice (Dkt. No. 5; Notice) filed on March 20, 2015.  In the Notice, Plaintiff seeks dismissal of this matter with prejudice.  <u>See</u> Notice at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.     This case is **DISMISSED, with prejudice**.

    2.     The Clerk of the Court is directed to close the file.

    **DONE AND ORDERED** in Jacksonville, Florida, this 23rd day of March, 2015.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record